# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Case No. 12-08178 |
|---|---|
| KATIA A GUEORGUIEVA | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/01/2012.

2) The plan was confirmed on 04/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/03/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 05/30/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,577.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,577.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,345.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $249.13 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,594.63

Attorney fees paid and disclosed by debtor: $1,154.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 1,424.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,105.12 | 2,807.51 | 2,807.51 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Priority | 1,880.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 546.53 | 546.53 | 0.00 | 0.00 |
| COMCAST | Unsecured | 369.90 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 416.99 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 398.93 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONT | Unsecured | 1,425.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC RADIOLOGY SPECIALIS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| DISNEY PRINCESS BOOKS | Unsecured | 23.92 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL MANAGEMENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 33.56 | NA | NA | 0.00 | 0.00 |
| IMAGINE GOLD MASTERCARD | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH USA PAYDAY LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| KAPLAN BANKRUPTCY FIRM LLC | Priority | 2,311.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTION | Unsecured | 41.38 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 585.00 | 142.15 | 142.15 | 0.00 | 0.00 |
| MAGE & PRICE | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 712.30 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 16.25 | NA | NA | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE CO | Unsecured | 6,502.29 | 7,607.00 | 7,607.00 | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE CO | Secured | 10,750.00 | 15,400.00 | 15,400.00 | 1,803.36 | 679.01 |
| NATIONAL AUTO FINANCE COMPAN | Secured | NA | 0.00 | 500.00 | 500.00 | 0.00 |
| ORCHARD BANK | Unsecured | 350.37 | NA | NA | 0.00 | 0.00 |
| PALISAD COLL | Unsecured | 1,323.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 1,323.16 | 1,323.16 | 1,323.16 | 0.00 | 0.00 |
| PARC | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| PAY DAY LOAN | Unsecured | 2,498.45 | 5,436.52 | 5,436.52 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,921.18 | 3,071.18 | 3,071.18 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,788.07 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 392.96 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 255.99 | 255.99 | 255.99 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 294.59 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| PROFFESSIONAL ACCOUNT MGMT | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| RCN 14 CHICAGO | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 56.00 | 56.82 | 56.82 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Priority | 62.00 | NA | NA | 0.00 | 0.00 |
| TOTAL CARD INC/MIDAMERICA BAN | Unsecured | 359.39 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY SMILES | Unsecured | 2,023.10 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,400.00 | $1,803.36 | $679.01 |
| All Other Secured | $500.00 | $500.00 | $0.00 |
| **TOTAL SECURED:** | **$15,900.00** | **$2,303.36** | **$679.01** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,246.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,594.63 |
| Disbursements to Creditors | $2,982.37 |
| **TOTAL DISBURSEMENTS :** | **$5,577.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/04/2013                           By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**